# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY ALLEN JONES,** : | |
|     Plaintiff : | |
| : | No. 1:15-cv-1106 |
| v. : | |
| : | (Judge Kane) |
| **AMAZON, <u>et al.</u>,** : | |
| : | (Magistrate Judge Saporito) |
|     **Defendants** : | |

## ORDER

This is a <u>pro se</u> Title VII employment discrimination and retaliation case. On December 8, 2016, Magistrate Judge Saporito issued a Report and Recommendation recommending dismissal of this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim, as Plaintiff's complaint failed to allege exhaustion of administrative remedies. (Doc. No. 6.) No timely objections have been filed.[1] **ACCORDINGLY**, this 12th day of January 2017, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 6), of Magistrate Judge Saporito;

2. Plaintiff's complaint is **DISMISSED** without prejudice;

3. Plaintiff shall file an amended complaint within thirty (30) days of the date of this Order;

4. Failure to file an amended complaint in accordance with this Order may result in dismissal of this case with prejudice for failure to prosecute; and

---

[1] A copy of the Report and Recommendation, and an Order granting Plaintiff's motion for leave to proceed <u>in forma pauperis</u>, were mailed to Plaintiff at his address of record in this case (576 Meadowview Circle, Greencastle, PA 17225), and subsequently returned to the Court marked "Forward Time Exp Return to Sender" (postmarked December 16, 2016 and December 13, 2016, respectively). (<u>See</u> Doc. No. 7.) The Court notes that it is the responsibility of the Plaintiff, proceeding <u>pro se</u>, to maintain accurate contact information as required by local rule. <u>See</u> Local Rule 83.18.

5. This matter is referred back to Magistrate Judge Saporito for further pretrial management.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania