**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFFREY ALLEN JONES,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:15-cv-1106** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **AMAZON, <u>et al.</u>,** | : | |
| **Defendants** | : | **(Magistrate Judge Saporito)** |
| | : | |

## <u>ORDER</u>

Before the Court in the above-captioned action is the March 20, 2017 Report and

Recommendation of Magistrate Judge Saporito (Doc. No. 10), recommending dismissal of this

case for failure to file an amended complaint in accordance with the Court's January 13, 2017

Order dismissing the original complaint in this matter for failure to state a claim (Doc. No. 8).

No timely objections have been filed.

**ACCORDINGLY**, on this 14th day of April 2017, upon review of the record and the

applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 10), of Magistrate Judge Saporito;

2. Plaintiff's complaint is **DISMISSED** without prejudice; and

3. The Clerk of Court is directed to close the case.

         s/ Yvette Kane         
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania